No. 883. SEMINOLE NATION *v.* UNITED STATES. May 27, 1940. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Paul M. Niebell, Ernest L.*

*Wilkinson, Frank J. Boudinot, John W. Cragun,* and *W. W. Pryor* for petitioner. *Solicitor General Biddle* for the United States.

